UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CRIMINAL NO. 06-20663

HONORABLE AVERN COHN

D-22, VINCENT WYNN,

          Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR 17(c) SUBPOENA

Before the Court is the defendant's Motion for 17(c) Subpoena. The Court being fully advised in the premises,

IT IS ORDERED that the motion is GRANTED. The Clerk is directed to issue to the requested subpoena.

SO ORDERED.

Dated: July 09, 2009          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE