UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            CRIMINAL NO.06-20663

v.                                        HONORABLE AVERN COHN

D-22, VINCENT WYNN

    Defendant.
_____/

## ORDER CANCELLING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO JACOB ARABOV

On July 21, 2009 the Court issued an Order for Writ of Habeas Corpus Ad Testificandum to the Warden of FCI Morgantown for prisoner Jacob Arabov, #44108-54 for his appearance on August 10, 2009 at 9:00 a.m. as a witness in this matter. The Court has determined that Mr. Arabov's presence is not required. Therefore,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is **CANCELLED**.

**SO ORDERED.**


Dated: July 30, 2009                  s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 30, 2009, by electronic and/or ordinary mail.

                                        s/ Julie Owens
                                        Case Manager, (313) 234-5160