UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     CRIMINAL NO.06-20663

v.                                   HONORABLE AVERN COHN

D-22, VINCENT WYNN

       Defendant.
_____/

## ORDER CANCELLING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO CLIFFORD HARRIS, JR.

On July 21, 2009 the Court issued an Order for Writ of Habeas Corpus Ad Testificandum to the Warden of FCI Forrest City Low Federal Correctional Institution for prisoner Clifford Harris, Jr., #59458-019 for his appearance on August 17, 2009 at 9:00 a.m. as a witness in this matter. The Court has determined that Mr. Harris' presence is not required. Therefore,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is **CANCELLED**.

      **SO ORDERED.**

Dated: July 30, 2009                 s/ Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 30, 2009, by electronic and/or ordinary mail.

                                          s/ Julie Owens
                                          Case Manager, (313) 234-5160