UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 06-20663

D-22, VINCENT WYNN,             HONORABLE AVERN COHN

    Defendant .

_____/

## ORDER

Defendant, Vincent Wynn, has filed a motion (Doc. 535) styled Motion for Government Assistance In Locating/Subpoenaing Witness.

For the reasons stated on the record on August 05, 2008, the motion is DENIED.

SO ORDERED.

Dated: August 5, 2009
                                   s/ Avern Cohn
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                   s/ Julie Owens
                                   Case Manager, (313) 234-5160