UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 06-20663

D-22, VINCENT WYNN,                 HONORABLE AVERN COHN

    Defendant .
_____/

## ORDER

Defendant, Vincent Wynn, has filed a motion (Doc.l 534) styled Motion *In Limine* to Exclude Evidence Of Prior Convictions.

For the reasons stated on the record on August 05, 2008, the motion is DENIED, without prejudice to renewal at trial.

SO ORDERED.

Dated: August 5, 2009                s/ Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                                              s/ Julie Owens
                                                              Case Manager, (313) 234-5160