UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 06-20663

D-22, VINCENT WYNN,               HONORABLE AVERN COHN

    Defendant .

_____/

### ORDER

Defendant, Vincent Wynn, has filed a motion (Doc. 514) styled Defendant Vincent Wynn's Motion For Discovery.

For the reasons stated on the record on August 05, 2008, the motion is DENIED.

SO ORDERED.

Dated: August 5, 2009                s/ Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                                     s/ Julie Owens
                                                     Case Manager, (313) 234-5160