UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 06-20663

D-22, VINCENT WYNN,               HONORABLE AVERN COHN

    Defendant .
_____/

## ORDER DENYING DEFENDANT'S MOTION TO WITHDRAW PLEA

Defendant has moved to withdraw his plea of guilty. The Court held an evidentiary hearing on the motion. For the reasons stated on the record on June 22, 2010, the motion is DENIED.

SO ORDERED.

Dated: July 20, 2010                S/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 20, 2010, by electronic and/or ordinary mail.

                                                    S/Julie Owens
                                                    Case Manager, (313) 234-5160