UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 06-20663

D-22, VINCENT WYNN,             HONORABLE AVERN COHN

    Defendant .

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant has filed a motion for reconsideration of the decision (Doc. 712) of his motion to withdraw his guilty plea (Doc, 677). For the reasons stated on the record on July 20, 2010, the motion is DENIED.

SO ORDERED.


Dated: July 21, 2010              S/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 21, 2010, by electronic and/or ordinary mail.

                                               S/Julie Owens
                                             Case Manager, (313) 234-5160