UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                        Case No. 06-20663

D-22, VINCENT WYNN,                       HONORABLE AVERN COHN

   Defendant .

_____/

## ORDER DENYING BOND PENDING APPEAL

Defendant has filed a motion to set bond pending appeal (Doc. 753). Defendant initially made a motion for bond pending appeal to the Court of Appeals for the Sixth Circuit. The motion was denied. The Court of Appeals stated in part:

> . . ."[defendant] has not raised a substantial question of law or fact for the purpose of release under the bail statute. Consequently he has not overcome the presumption against release pending appeal."

After review of the record in this case, and particularly the transcript of Motion and Sentencing Hearing - Volume I (Doc. 741), the Court is of the same view.

Accordingly, the motion is DENIED.

SO ORDERED.

Dated: October 21, 2010                 S/Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 21, 2010, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　　 S/Julie Owens
　　　　　　　　　　　　　　　　　　Case Manager, (313) 234-5160