UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         Case No. 06-20663

D-22, VINCENT WYNN,                              HONORABLE AVERN COHN

    Defendant .
_____/

## **ORDER DENYING MOTION TO EXTEND TIME FOR SELF SURRENDER**

Defendant has filed a motion styled Supplement to Motion to Extend Time for Self Surrender (Doc. 765). Defendant in the motion appears to be challenging his plea of guilty. This is not a basis for extending his surrender date. Defendant has heretofore been denied bond pending appeal (Doc. 755).

Defendant's motion is DENIED.

Defendant is required to self-surrender to an institution designated by the Bureau of Prisons to begin serving his custodial sentence on **Monday, November 08, 2010**.

SO ORDERED.


Dated: November 5, 2010            S/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 5, 2010, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                      Case Manager, (313) 234-5160